UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHELLE ANN BALDWIN,

    Defendant.
_____/

Case No.: 1:10-cr-146-02

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #120) filed by United States Magistrate Judge Ellen S. Carmody in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the defendant's Motion to Dismiss the Indictment for Violations of the Speedy Trial Act (Dk.t #107) is **DENIED** for the reasons stated in the Report and Recommendation.

Dated:  July 28, 2011

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge